AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky

| | |
|---|---|
| MANUEL LOPEZ<br>9866 Belleford Court<br>Montgomery, OH 45242<br><br>*Plaintiff(s)*<br>v.<br><br>FRONTIER AIRLINES, INC.<br>7001 Tower Road<br>Denver, CO 80249<br><br>*Defendant(s)* | Civil Action No. 2:17-cv-198-DLB-CJS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Frontier Airlines, Inc.
SERVE: Corporation Service Company
421 West Main Street
Frankfort, KY 40601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Frank K. Tremper
Arnzen, Storm & Turner, P.S.C.
600 Greenup Street
Covington, KY 41011

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  10/26/2017                                                 **Robert R. Carr, Clerk**
*Signature of Clerk or Deputy Clerk*
KBR

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Frontier Airlines, Inc.**
was received by me on *(date)* **October 26, 2017**.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **Corporation Service Company**, who is designated by law to accept service of process on behalf of *(name of organization)* **Frontier Airlines, Inc.**
on *(date)* **November 1, 2017** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **November 3, 2017**

/s/ Frank K. Tremper
*Server's signature*

Frank K. Tremper, Attorney for Plaintiff
*Printed name and title*

600 Greenup Street, Covington, KY 41011
*Server's address*

Additional information regarding attempted service, etc:

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br>Frontier Airlines, Inc.<br>SERVE: Corporation Service Company<br>421 West Main Street<br>Frankfort, KY 40601 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☑ No<br>[FRANKFORT KY 40601 NOV 1 2017 postmark] |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 1213 5246 3453 56 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☑ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7002 0460 0002 2650 5117 | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |