**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON
CIVIL ACTION NO. 2:17-CV-00198**

**MANUEL LOPEZ**                                                          **PLAINTIFF**

**v.**

**FRONTIER AIRLINES, INC.**                                **DEFENDANT**

**JOINT REPORT OF THE PARTIES' PLANNING MEETING**

1. The following persons participated in a Rule 26(f) conference on December 4, 2017, by teleconference:

    Frank K. Tremper, representing Plaintiff Manuel Lopez
    Chris Cotter, representing Defendant Frontier Airlines, Inc.

2. The parties will serve Rule 26(a)(1) Initial Disclosures on or before December 22, 2017.

3. Discovery Plan. The parties propose this discovery plan:

    a. Discovery will be completed first as to liability. Plaintiff's deadline for reports of expert witnesses as to liability is March 31, 2018. Defendant's expert report deadline is May 31, 2018. The deadline for discovery on liability issues is July 31, 2018

    b. The parties will file dispositive motions on or before August 31, 2018. Following a ruling on dispositive motions, the parties will participate in a status conference to schedule remaining discovery related to causation, damages, and any other necessary issues.

4. The parties agree that the matter is suitable for alternative dispute resolution such as mediation.

Arnzen, Storm & Turner, P.S.C.
600 Greenup Street
Covington, Kentucky 41011
(859) 431-6100

{00238140.DOCX/1}

5. Should the parties be unable to resolve the matter, a three day trial will be necessary.

6. The parties consent to jurisdiction of a Magistrate Judge. A consent form will be filed separately.

Respectfully submitted,

**ARNZEN, STORM & TURNER, P.S.C.**

/s/ *Frank K. Tremper*
Mark G. Arnzen (01830)
Frank K. Tremper (94095)
600 Greenup Street
Covington, Kentucky 41011
Telephone: (859) 431-6100
Facsimile: (859) 431-3778
E-mail: marnzen@arnzenlaw.com
E-mail: ftremper@arnzenlaw.com
***Attorneys for Plaintiff***

 /s/ Christopher E. Cotter
Christopher E. Cotter (KY # 92957)
ccotter@ralaw.com
Roetzel & Andress, LPA
222 South Main Street
Akron, OH  44308
Telephone:  330.376.2700
Facsimile:  330.376.4577
    And
Tyler M. Jolley (KY #95181)
tjolley@ralaw.com
Roetzel & Andress, LPA
250 East Fifth Street, Suite 310
Cincinnati, Ohio 45202
Telephone: 513.361.0200
Facsimile: 513.361.0335

***Attorneys For Defendant
Frontier Airlines, Inc.***

Arnzen, Storm & Turner, P.S.C.
600 Greenup Street
Covington, Kentucky 41011
(859) 431-6100