**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**

**CIVIL ACTION NO. 17-198-CJS**

**MANUEL LOPEZ** **PLAINTIFF**

**v.** **SCHEDULING ORDER**

**FRONTIER AIRLINES, INC.** **DEFENDANT**

* * * * * * * * * *

Pursuant to Federal Rule of Civil Procedure 16, the Court, having considered the Joint Rule 26(f) Status Report filed by the parties (R. 8), hereby enters the following Scheduling Order to facilitate the disposition of this case:

**(A) DEADLINES AND CASE SCHEDULE**

(1) Rule 26(a)(1) disclosures - on or before **December 22, 2017**

(2) Rule 26(a)(2) liability expert disclosures/reports -
From Plaintiff, on or before **March 31, 2018**
From Defendant, on or before **May 31, 2018**
*These reports should not be filed in the Court record.*
*Supplementation of expert information as required by Rule 26(e)(2) will be made in conjunction with Rule 26(a)(3) pretrial disclosures.*

(3) Discovery on liability issues - on or before **July 31, 2018**

(4) Status Report(s) - on or before **July 31, 2018 (close of discovery)**
*The report should confirm that discovery is complete or otherwise explain the progress of discovery in the case, identify whether the filing of dispositive motions on the issue of liability is anticipated, and indicate the likelihood of settlement and the feasibility of alternative dispute resolution (including the parties' views on the timing and method of resolution--mediation, arbitration, settlement conference with the Court, etc.).*

(5) Dispositive motions - on or before **August 31, 2018**

(6) Deadline Extensions - must be requested **prior to** expiration of the applicable deadline.

**(B) PRETRIAL DISCOVERY PROCEDURE**

As for discovery disputes specifically, any such disputes are to be resolved in the following manner: (1) Parties shall first meet and/or confer in an attempt to resolve disputes between themselves, without judicial intervention; (2) if the parties are unable to resolve such disputes informally, they shall attempt to resolve their disagreement by telephone conference with the undersigned; (3) if, and only if, the parties are unable to resolve their disputes after telephone conference with the Court, they may file appropriate written motions. Written motions regarding discovery shall include the certification required by Civil Rule 37(a)(1), if applicable.

Dated this 11th day of December, 2017.




**Signed By:**
***Candace J. Smith***
**United States Magistrate Judge**

J:\DATA\Orders\civil cov\2017\17-198 consent scheduling order.wpd