IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

| | |
|---|---|
| MANUEL LOPEZ, | CASE NO. 2:17 CV 00198 |
| Plaintiff, | JUDGE DAVID L. BUNNING |
| | MAG. JUDGE CANDACE J. SMITH |
| vs. | |
| FRONTIER AIRLINES, INC. | |
| Defendant. | |

**DEFENDANT FRONTIER AIRLINES, INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Frontier Airlines, Inc. ("Frontier"), by and through undersigned counsel, states that no publicly held corporation owns 10% or more of the stock of Frontier.

Dated December 20, 2017

Respectfully submitted,

*/s/ Christopher E. Cotter*
Christopher E. Cotter (KY #92957)
ccotter@ralaw.com
Roetzel & Andress, LPA
222 South Main Street
Akron, OH  44308
Telephone:  330.376.2700
Facsimile:  330.376.4577

Tyler M. Jolley (KY #95181)
tjolley@ralaw.com
Roetzel & Andress, LPA
250 East Fifth Street, Suite 310
Cincinnati, Ohio 45202
Telephone: 513.361.0200
Facsimile: 513.361.0335

ATTORNEYS FOR DEFENDANT
FRONTIER AIRLINES, INC.

## PROOF OF SERVICE

I hereby certify that a true and accurate copy of the foregoing has been served upon the following parties via the Court's electronic filing system this 20th day of December, 2017:

Mark G. Arnzen
Frank K. Tremper
ARNZEN, STORM & TURNER, P.S.C.
600 Greenup Street
Covington, KY  41011
Phone: (859) 431-6100
Fax: (859) 431-3778
marnzen@arnzenlaw.com
ftremper@arnzenlaw.com

ATTORNEYS FOR
PLAINTIFF MANUEL LOPEZ

*/s/ Christopher E. Cotter*
*One of the Attorneys for Defendant*

12094827 _1 137762.0001