IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

| | |
|---|---|
| MANUEL LOPEZ, | CASE NO.   2:17 CV 00198 |
| Plaintiff, | JUDGE DAVID L. BUNNING |
| vs. | MAG. JUDGE CANDACE J. SMITH |
| FRONTIER AIRLINES, INC. | **NOTICE OF SERVICE OF INITIAL DISCLOSURES** |
| Defendant. | |

Now comes Defendant, Frontier Airlines, Inc. (hereinafter "Frontier"), by and through undersigned counsel, and have caused to be served the Initial Disclosures of Defendant upon Mark G. Arnzen, Esq. and Frank K. Tremper, Esq., ARNZEN, STORM & TURNER, P.S.C., 600 Greenup Street, Covington, KY  41011, Attorneys For Plaintiff Manuel Lopez, by email and by mailing a true copy of same by regular U.S. Mail, postage pre-paid on December 20, 2017.

Respectfully submitted,

/s/ Christopher E. Cotter
Christopher E. Cotter (KY # 92957)
ccotter@ralaw.com
Roetzel & Andress, LPA
222 South Main Street
Akron, OH  44308
Telephone:  330.376.2700
Facsimile:  330.376.4577

Tyler M. Jolley (KY #95181)
tjolley@ralaw.com
Roetzel & Andress, LPA
250 East Fifth Street, Suite 310
Cincinnati, Ohio 45202
Telephone: 513.361.0200
Facsimile: 513.361.0335

ATTORNEYS FOR DEFENDANT
FRONTIER AIRLINES, INC.

## PROOF OF SERVICE

I hereby certify that a true and accurate copy of the foregoing has been served upon the following parties via regular U.S. Mail, postage prepaid, this 20th day of December, 2017:

Mark G. Arnzen
Frank K. Tremper
ARNZEN, STORM & TURNER, P.S.C.
600 Greenup Street
Covington, KY  41011
Phone: (859) 431-6100
Fax: (859) 431-3778
marnzen@arnzenlaw.com
ftremper@arnzenlaw.com

ATTORNEYS FOR
PLAINTIFF MANUEL LOPEZ

/s/ Christopher E. Cotter
One of the Attorneys for Defendant

12100383 _1 137762.0001