IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

| | |
|---|---|
| MANUEL LOPEZ, | CASE NO.  2:17 CV 00198 |
| Plaintiff, | JUDGE DAVID L. BUNNING |
| vs. | MAG. JUDGE CANDACE J. SMITH |
| FRONTIER AIRLINES, INC. | **NOTICE OF SERVICE** |
| Defendant. | |

Please take notice that on the 29th day of December, 2017, Defendant, Frontier Airlines, Inc., by and through undersigned counsel, has served Defendant's First Set of Interrogatories and Requests for Production of Documents Directed to Plaintiff Manuel Lopez, by serving same upon Mark G. Arnzen, Esq. and Frank K. Tremper, Esq., ARNZEN, STORM & TURNER, P.S.C., 600 Greenup Street, Covington, KY  41011, Attorneys For Plaintiff, via e-mail and regular U.S. mail, postage prepaid, to be answered under oath pursuant to Rules 33 and 34 of the Federal Rules of Civil Procedure, within thirty (30) days after service hereof.  These Requests are continuing in nature and require the Plaintiff to file supplementary answers if further or different information is obtained before trial.

Respectfully submitted,

/s/ Christopher E. Cotter
Christopher E. Cotter (KY # 92957)
ccotter@ralaw.com
Roetzel & Andress, LPA
222 South Main Street
Akron, OH  44308
Telephone:  330.376.2700
Facsimile:  330.376.4577

Tyler M. Jolley (KY #95181)
tjolley@ralaw.com
Roetzel & Andress, LPA
250 East Fifth Street, Suite 310
Cincinnati, Ohio 45202
Telephone: 513.361.0200
Facsimile: 513.361.0335

ATTORNEYS FOR DEFENDANT
FRONTIER AIRLINES, INC.

## PROOF OF SERVICE

I hereby certify that a true and accurate copy of the foregoing has been served upon the following parties via regular U.S. Mail, postage prepaid, this 29th day of December, 2017:

Mark G. Arnzen
Frank K. Tremper
ARNZEN, STORM & TURNER, P.S.C.
600 Greenup Street
Covington, KY  41011
Phone: (859) 431-6100
Fax: (859) 431-3778
marnzen@arnzenlaw.com
ftremper@arnzenlaw.com

ATTORNEYS FOR
PLAINTIFF MANUEL LOPEZ

/s/ Christopher E. Cotter
*One of the Attorneys for Defendant*

12135514 _1  137762.0001