# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY
## NORTHERN DIVISION
## AT COVINGTON

| | | |
|---|---|---|
| **MANUEL LOPEZ** | : | **Case No. 2:17-CV-00198-WOB-CJS** |
| PLAINTIFF, | : | |
| VS. | : | |
| **FRONTIER AIRLINES, INC.,** | : | |
| DEFENDANT | : | |

## AGREED ORDER AMENDING SCHEDULING ORDER

By agreement of the parties and the Court being in all respects duly and sufficiently advised,

**IT IS HEREBY ORDERED** that the Scheduling Order entered by the Court on December 11, 2017, is hereby amended as follows:

1. Plaintiff's Rule 26(a)(2) liability expert disclosures/reports are due on or before July 31, 2018;

2. Defendant's Rule 26(a)(2) liability expert disclosures/reports are due on or before September 30, 2018;

3. Discovery on liability issues shall be complete on or before November 30, 2018;

4. Status report(s) are due on or before November 30, 2018 (close of discovery);

5. Dispositive motions are due on or before December 31, 2018.

DATE:_____     _____
                                                                **U.S. DISTRICT COURT JUDGE**

{00243855.DOCX/1}

HAVE SEEN AND AGREE:

| | |
|---|---|
| */s/ Tyler M. Jolley* *[via e-mail authorization 3/30/2018]*<br>Christopher E. Cotter (92957)<br>Roetzel & Andress, LPA<br>222 South Main Street<br>Akron, OH  44308<br>Telephone: (330) 376-2700<br>Facsimile: (330) 376-4577<br>ccotter@ralaw.com<br><br>Tyler M. Jolley (95181)<br>Roetzel & Andress, LPA<br>250 East Fifth Street, Suite 310<br>Cincinnati, OH 45202<br>Telephone: (513) 361-0200<br>Facsimile: (513) 361-0335<br>tjolley@ralaw.com<br>**Attorneys for Defendant** | */s/ Frank K. Tremper*<br>Mark G. Arnzen  (01830)<br>Frank K. Tremper (94095)<br>Arnzen, Storm & Turner, P.S.C<br>600 Greenup Street<br>Covington, Kentucky  41011<br>Telephone: (859) 431-6100<br>Facsimile: (859) 431-3778<br>marnzen@arnzenlaw.com<br>ftremper@arnzenlaw.com<br>**Attorneys for Plaintiff** |

**CERTIFICATE OF SERVICE**

      I certify that a true and accurate copy of the foregoing was served via electronic mail by CM/ECF this 30th day of March, 2018, upon the following:

Christopher E. Cotter
Tyler M. Jolley
Roetzel & Andress, LPA
222 South Main Street
Akron, OH  44308
Email: ccotter@ralaw.com
       tjolley@ralaw.com
*Attorneys for Defendant Frontier Airlines, Inc.*

                                               */s/ Frank K. Tremper*
                                               Arnzen, Molloy, Storm & Turner, P.S.C.