# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY
## NORTHERN DIVISION AT COVINGTON

| | | |
|---|---|---|
| MANUEL LOPEZ, | ) | Civil Action No. 2:17-cv-00198-DLB-CJS |
| | ) | |
| Plaintiff, | ) | Judge David L. Bunning |
| | ) | Magistrate Judge Candace J. Smith |
| v. | ) | |
| | ) | |
| FRONTIER AIRLINES, INC., | ) | **NOTICE OF SUBSTITUTION OF** |
| | ) | **COUNSEL** |
| Defendant. | ) | |

Comes now Defendant Frontier Airlines, Inc. and hereby gives notice that Douglas W. Rennie of the law firm of Montgomery, Rennie & Jonson, 36 East Seventh Street, Suite 2100, Cincinnati, Ohio 45202, are hereby substituted as counsel of record in place of Christopher E. Cotter in this matter.  Please direct all pleadings, notices and other correspondence to Douglas W. Rennie, counsel for defendant, Frontier Airlines, Inc.

Respectfully submitted,

*/s/Douglas W. Rennie*
DOUGLAS W. RENNIE (57595)
KERRY A. MAHEDY (pro hac vice forthcoming)
MONTGOMERY, RENNIE & JONSON
36 E. Seventh Street, Suite 2100
Cincinnati, Ohio  45202
(513) 241-4722
(513) 241-8775 (fax)
Email: drennie@mrjlaw.com
        kmahedy@mrjlaw.com

*Counsel for Defendant Frontier Airlines, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/Douglas W. Rennie
Douglas W. Rennie