UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

| | | |
|---|---|---|
| MANUEL LOPEZ, | ) | Civil Action No. 2:17-cv-00198-DLB-CJS |
| | ) | |
| Plaintiff, | ) | Judge David L. Bunning |
| | ) | Magistrate Judge Candace J. Smith |
| v. | ) | |
| | ) | |
| FRONTIER AIRLINES, INC., | ) | **MOITON FOR ADMISSION PRO HAC VICE** |
| | ) | |
| Defendant. | ) | |

Pursuant to Local Rule 83.2, Defendant, Frontier Airlines, Inc., respectfully moves this Court to admit to practice before this Court in the above-captioned action the following individual:

> Kerry A. Mahedy
> Montgomery, Rennie & Jonson
> 36 East Seventh Street, Suite 2100
> Cincinnati, Ohio 45202
> T:     513-241-4722
> F:     513-241-8775
> E-mail:kmahedy@mrjlaw.com

Kerry A. Mahedy is a resident of the State of Ohio, and is duly admitted to practice before all Ohio and Illinois courts, the United States Court of Appeals for the Eighth Circuit, the United States District Court for the Northern District of Illinois, the United States District Court for the Southern District of Texas and the United States District Court for the Eastern District of Michigan. She has been a member in good standing of the Bar of the State of Illinois since 2005, the Bar of the State of Ohio since 2013, and is in good standing with these courts.

Mrs. Mahedy has obtained a copy of and is familiar with the Local Rules of this Court. Further, Mrs. Mahedy consent to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct and has complete the necessary training for using

the Court's electronic filing system. Mrs. Mahedy submits the attached Affidavit attesting to the same.

                    Respectfully submitted,

                    */s/Douglas W. Rennie*
                    DOUGLAS W. RENNIE (57595)
                    KERRY A. MAHEDY (pro hac vice forthcoming)
                    MONTGOMERY, RENNIE & JONSON
                    36 E. Seventh Street, Suite 2100
                    Cincinnati, Ohio  45202
                    (513) 241-4722
                    (513) 241-8775 (fax)
                    Email:  drennie@mrjlaw.com
                               kmahedy@mrjlaw.com

                    *Counsel for Defendant Frontier Airlines, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 23, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                    */s/Douglas W. Rennie*
                    Douglas W. Rennie