# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# NORTHERN DIVISION AT COVINGTON

| | |
|---|---|
| MANUEL LOPEZ, | Civil Action No. 2:17-cv-00198-DLB-CJS |
| Plaintiff, | Judge David L. Bunning |
| | Magistrate Judge Candace J. Smith |
| v. | |
| FRONTIER AIRLINES, INC., | **ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE** |
| Defendant. | |

Upon review of the Affidavit of Kerry A. Mahedy supporting her request for admission Pro Hac Vice, and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED AND ADJUDGED that Defendant Frontier Airlines, Inc. request to admit Kerry A. Mahedy *pro hac vice* in this case only is GRANTED.

_____

JUDGE