**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**

**CIVIL ACTION NO. 17-198-CJS**

**MANUEL LOPEZ**                                                                   **PLAINTIFF**

**v.**                                          **ORDER**

**FRONTIER AIRLINES, INC.**                                          **DEFENDANT**

\* \* \*   \* \* \*   \* \* \*   \* \* \*

This matter is before the Court on Defendant Frontier Airlines, Inc.'s Motion for Admission *Pro Hac Vice* of Attorney Kerry A. Mahedy. (R. 21). Having reviewed the Motion, the Court finds that it does not strictly comply with all the requirements set forth in Local Civil Rule 83.2, but counsel will be given an opportunity to supplement her filings prior to the Court's adjudication of the pending Motion.

Specifically, in support of the Motion, Attorney Mahedy attests that "I have not been denied admission or disciplined by this Court or any other Court." (R. 21-1, at 1). The Local Civil Rules require that an attorney requesting *pro hac vice* admission "must disclose whether the attorney is currently or has ever been disbarred, suspended from practice, or subject to other disciplinary action by any court, state, territory, or the District of Columbia." LR 83.2(a)(2). Thus, more is required to comply with the Local Rule and appropriately inform the Court before the Motion can be granted.

Accordingly, **IT IS ORDERED** that the Motion for Admission *Pro Hac Vice* (R. 21) is hereby **taken under advisement**, pending counsel filing by not later than **June 8, 2018**, a Notice

with the required disclosure as to whether Attorney Mahedy is currently, or has ever been, disbarred, suspended from practice, or subject to other disciplinary action by any court, state, territory or the District of Columbia.

Dated this 29th day of May, 2018.



Signed By:

*Candace J. Smith*

**United States Magistrate Judge**

J:\DATA\Orders\civil cov\2017\17-198-CJS PHV Deficiency Order.docx

2