## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY
## NORTHERN DIVISION AT COVINGTON

| | |
|---|---|
| MANUEL LOPEZ, | ) Civil Action No. 2:17-cv-00198-DLB-CJS |
| | ) |
|    Plaintiff, | ) Judge David L. Bunning |
| | ) Magistrate Judge Candace J. Smith |
| v. | ) |
| | ) |
| FRONTIER AIRLINES, INC., | ) **NOTICE OF FILING AMENDED** |
| | ) **AFFIDAVIT IN SUPPORT OF MOTION** |
|    Defendant. | ) **FOR ADMISSION PRO HAC VICE** |

Notice is hereby given that counsel for Defendant, Frontier Airlines, Inc., is filing the Amended Affidavit of Kerry A. Mahedy in Support of the Motion for Admission Pro Hac Vice contemporaneously with the filing of this Notice.

                                                 Respectfully submitted,

                                                 */s/Douglas W. Rennie*
                                                 DOUGLAS W. RENNIE (57595)
                                                 KERRY A. MAHEDY (pro hac vice forthcoming)
                                                 MONTGOMERY, RENNIE & JONSON
                                                 36 E. Seventh Street, Suite 2100
                                                 Cincinnati, Ohio  45202
                                                 (513) 241-4722
                                                 (513) 241-8775 (fax)
                                                 Email: drennie@mrjlaw.com
                                                              kmahedy@mrjlaw.com

*Counsel for Defendant Frontier Airlines, Inc.*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on June 1, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                */s/Douglas W. Rennie*
                Douglas W. Rennie