UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

| | |
|---|---|
| MANUEL LOPEZ, ) | Civil Action No. 2:17-cv-00198-DLB-CJS |
| ) | |
| Plaintiff, ) | Judge David L. Bunning |
| ) | Magistrate Judge Candace J. Smith |
| v. ) | |
| ) | |
| FRONTIER AIRLINES, INC., ) | **AFFIDAVIT OF KERRY A. MAHEDY** |
| ) | |
| Defendant. ) | |

STATE OF OHIO          )
                       )SS:
COUNTY OF HAMILTON  )

I, KERRY A. MAHEDY, having been first duly sworn, depose and state as follows:

1. I am submitting this Affidavit in support of a Motion for Admission *pro hac vice* as co-counsel for Defendant Frontier Airlines, Inc. in the case at bar.

2. I am a resident of the State of Ohio, duly admitted to practice before all Ohio and Illinois courts, the United States Court of Appeals for the Eighth Circuit, the United States District Court for the Northern District of Illinois, the United States District Court for the Southern District of Texas, and the United States District Court for the Eastern District of Michigan. I have been a member in good standing of the Bar of the State of Illinois since 2005, the Bar of the State of Ohio since 2013, and am in good standing with these courts.

3. I have not been denied admission or disciplined by this Court or any other Court.

4. I am not currently, or have ever been, disbarred, suspended from practice, or subject to other disciplinary action by any court, state, territory or the District of Columbia.

5. I will comply with all laws, rules, and regulations of Kentucky state and local governments, where applicable.

6. I consent to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

7. I completed training of the use of the Court's electronic filing system prior to the admission in other federal courts.

FURTHER AFFIANT SAYETH NAUGHT.

_____
KERRY A. MAHEDY

Sworn to before me and subscribed in my presence this 1st day of June, 2018.

_____
Notary Public

KIMBERLY SUE KAMINSKY
Notary Public, State of Ohio
My Commission Expires 10-10-2021

2