IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

| | |
|---|---|
| MANUEL LOPEZ, | CASE NO.   2:17 CV 00198 |
| Plaintiff, | JUDGE DAVID L. BUNNING |
| vs. | MAG. JUDGE CANDACE J. SMITH |
| FRONTIER AIRLINES, INC. | **MOTION TO BE REMOVED FROM CASE** |
| Defendant. | |

    Now come Christopher E. Cotter, Esq. and Tyle M. Jolley, Esq., as former counsel for Defendant, Frontier Airlines, Inc., and hereby respectfully request the Court to remove them from the within matter, and all further notice by the Court of these proceedings shall be directed to new counsel, Douglas W. Rennie, Esq. and Kerry A. Mahedy, Esq. (pro hac vice pending), of MONTGOMERY, RENNIE & JONSON, who were substituted by Order granted May 23, 2018 to represent Defendant Frontier Airlines, Inc.

Respectfully submitted,

/s/ Christopher E. Cotter
Christopher E. Cotter (KY # 92957)
ccotter@ralaw.com
Roetzel & Andress, LPA
222 South Main Street
Akron, OH  44308
Telephone:  330.376.2700
Facsimile:  330.376.4577

Tyler M. Jolley (KY #95181)
tjolley@ralaw.com
Roetzel & Andress, LPA
250 East Fifth Street, Suite 310
Cincinnati, Ohio 45202
Telephone: 513.361.0200
Facsimile: 513.361.0335

ATTORNEYS FOR DEFENDANT
FRONTIER AIRLINES, INC.

## PROOF OF SERVICE

I hereby certify that a true and accurate copy of the foregoing has been served upon the following parties via the Court's electronic filing system this 5th day of June, 2017:

Mark G. Arnzen
Frank K. Tremper
ARNZEN, STORM & TURNER, P.S.C.
600 Greenup Street
Covington, KY  41011
Phone: (859) 431-6100
Fax: (859) 431-3778
marnzen@arnzenlaw.com
ftremper@arnzenlaw.com

ATTORNEYS FOR
PLAINTIFF MANUEL LOPEZ

Douglas W. Rennie
Kerry A. Mahedy (pro hac vice forthcoming)
MONTGOMERY, RENNIE & JONSON
36 E. Seventh Street, Suite 2100
Cincinnati, Ohio  45202
(513) 241-4722
(513) 241-8775/fax
Email: drennie@mrjlaw.com;
kmahedy@mrjlaw.com
ATTORNEYS FOR DEFENDANT
FRONTIER AIRLINES, INC.

/s/ Christopher E. Cotter
*One of the Attorneys for Defendant*

12690290 _1 137762.0001