IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

| | |
|---|---|
| MANUEL LOPEZ, | CASE NO. 2:17 CV 00198 |
| Plaintiff, | JUDGE DAVID L. BUNNING |
| vs. | MAG. JUDGE CANDACE J. SMITH |
| FRONTIER AIRLINES, INC. | **ORDER** |
| Defendant. | |

Upon consideration of the Motion To Be Removed From Case by Christopher E. Cotter, Esq. and Tyler M. Jolley, Esq., it is this _____ day of _____, 2018, hereby

ORDERED that Douglas W. Rennie, Esq. and Kerry A. Mahedy, Esq. (pro hac vice pending), of MONTGOMERY, RENNIE & JONSON, shall receive all further notice from the Court as substituted counsel of record for Defendant Frontier Airlines, Inc. in the above-captioned proceedings.

                                                                                  JUDGE

cc:    Counsel of Record

12690982 _1 137762.0001