IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

| | |
|---|---|
| MANUEL LOPEZ, | CASE NO. 2:17 CV 00198 |
| Plaintiff, | JUDGE DAVID L. BUNNING |
| vs. | MAG. JUDGE CANDACE J. SMITH |
| FRONTIER AIRLINES, INC. | **CERTIFICATION PER LOCAL RULE 83.6(B)** |
| Defendant. | |

    Christopher E. Cotter and Tyler M. Jolley, counsel for Defendant, Frontier Airlines, Inc., hereby certify to this Court pursuant to Local Rule 83.6(b) that they have served on their client the Motion To Withdraw As Attorney (filed as "Motion to Be Removed From Case") (Doc. #24). Moreover, good cause exists for the removal of attorneys Christopher E. Cotter and Tyler M. Jolley since Attorney Douglas W. Rennie has now entered an appearance on behalf of Frontier Airlines, Inc.

Respectfully submitted,

*/s/ Christopher E. Cotter*
Christopher E. Cotter (KY # 92957)
ccotter@ralaw.com
Roetzel & Andress, LPA
222 South Main Street
Akron, OH 44308
Telephone: 330.376.2700
Direct: 330.849.6756
Facsimile: 330.376.4577

*/s/ Tyler M. Jolley*
Tyler M. Jolley (KY #95181)
tjolley@ralaw.com
Roetzel & Andress, LPA
250 East Fifth Street, Suite 310
Cincinnati, Ohio 45202
Telephone: 513.361.0200
Facsimile: 513.361.0335

ATTORNEYS FOR DEFENDANT
FRONTIER AIRLINES, INC.

**PROOF OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing has been served upon the following parties via the Court's electronic filing system this 12th day of June, 2018:

Mark G. Arnzen
Frank K. Tremper
ARNZEN, STORM & TURNER, P.S.C.
600 Greenup Street
Covington, KY 41011
Phone: (859) 431-6100
Fax: (859) 431-3778
marnzen@arnzenlaw.com
ftremper@arnzenlaw.com

ATTORNEYS FOR
PLAINTIFF MANUEL LOPEZ

Douglas W. Rennie
Kerry A. Mahedy (pro hac vice forthcoming)
MONTGOMERY, RENNIE & JONSON
36 E. Seventh Street, Suite 2100
Cincinnati, Ohio 45202
(513) 241-4722
(513) 241-8775/fax
Email: drennie@mrjlaw.com;
kmahedy@mrjlaw.com

*/s/ Christopher E. Cotter*
*One of the Attorneys for Defendant*

12714269 _1 137762.0001