**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**

| | | |
|---|---|---|
| **MANUEL LOPEZ** | : | **Case No. 2:17-CV-00198-CJS** |
|     **PLAINTIFF,** | : | |
| **VS.** | : | |
| **FRONTIER AIRLINES, INC.,** | : | |
|     **DEFENDANT** | : | |

**AGREED ORDER AMENDING SCHEDULING ORDER**

By agreement of the parties and the Court being in all respects duly and sufficiently advised,

**IT IS HEREBY ORDERED** that the Scheduling Order entered by the Court on April 3, 2018, (R. 19) is hereby amended as follows:

1. Plaintiff's Rule 26(a)(2) liability expert disclosures/reports are due on or before November 30, 2018;

2. Defendant's Rule 26(a)(2) liability expert disclosures/reports are due on or before January 31, 2019;

3. Discovery on liability issues shall be complete on or before March 31, 2019;

4. Status report(s) are due on or before March 31, 2019 (close of discovery);

5. Dispositive motions are due on or before April 30, 2019.

Dated this 31st day of July, 2018



Signed By:
*Candace J. Smith*
United States Magistrate Judge

HAVE SEEN AND AGREE:

| | |
|---|---|
| */s/ Kerry Mahedy* (by FKT per e-mail authority) | */s/ Frank K. Tremper* |
| Douglas W. Rennie | Mark G. Arnzen  (01830) |
| Kerry A. Mahedy | Frank K. Tremper (94095) |
| MONTGOMERY, RENNIE & JONSON | Arnzen, Storm & Turner, P.S.C |
| 36 East Seventh Street, Suite 2100 | 600 Greenup Street |
| Cincinnati, Ohio 45202 | Covington, Kentucky  41011 |
| Email: drennie@mrjlaw.com | Telephone: (859) 431-6100 |
| kbute@mrjlaw.com | Facsimile: (859) 431-3778 |
| **Attorneys for Defendants** | marnzen@arnzenlaw.com |
| | ftremper@arnzenlaw.com |
| | **Attorneys for Plaintiff** |