**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION AT COVINGTON**

| | | |
|---|---|---|
| MANUEL LOPEZ, | ) | Civil Action No. 2:17-cv-00198-DLB-CJS |
| | ) | |
| Plaintiff, | ) | Judge David L. Bunning |
| | ) | Magistrate Judge Candace J. Smith |
| v. | ) | |
| | ) | **NOTICE OF SUBSTITUTION OF** |
| FRONTIER AIRLINES, INC., | ) | **COUNSEL AND APPEARANCE OF** |
| | ) | **ADDITIONAL COUNSEL** |
| Defendant. | ) | |

Comes now Defendant Frontier Airlines, Inc. and hereby gives notice pursuant to E.D. Ky. L.R. 83.6(c) that Attorney Gregory A. Kendall of the law firm of Montgomery, Rennie & Jonson, 36 E. Seventh Street, Suite 21, Cincinnati, Ohio 45202 is hereby substituted as counsel of record in place of Attorney Kerry A. Mahedy in this matter. Mr. Kendall is admitted to practice before this Court.

Defendant additionally gives notice of the appearance of Attorney James Kelly Ratliff of the law firm of Montgomery, Rennie & Jonson, 36 E. Seventh Street, Suite 21, Cincinnati, Ohio 45202 as co-counsel for Defendant. Mr. Ratliff is admitted to practice before this Court. Plaintiff has been informed of this substitution and consents to the same. Counsel Douglas W. Rennie shall continue as attorney of record for Defendant.

Respectfully submitted,

*/s/Douglas W. Rennie*
DOUGLAS W. RENNIE (57595)
JAMES KELLY RATLIFF (93703)
GREGORY A. KENDALL (96490)
MONTGOMERY, RENNIE & JONSON
36 E. Seventh Street, Suite 2100
Cincinnati, Ohio  45202
(513) 241-4722
(513) 241-8775 (fax)
Email: drennie@mrjlaw.com
         kratliff@mrjlaw.com
         gkendall@mrjlaw.com

*Counsel for Defendant Frontier Airlines, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

*/s/Douglas W. Rennie*
Douglas W. Rennie

2