UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

**CIVIL ACTION NO. 17-198-CJS**

**MANUEL LOPEZ**                                                                                                                         **PLAINTIFF**

**v.**                                                            **ORDER**

**FRONTIER AIRLINES, INC.**                                                            **DEFENDANT**

\* \* \* \* \* \* \* \* \* \*

This matter is before the Court on the Notice of Substitution of Counsel for Defendant Frontier Airlines, Inc. wherein Attorney Gregory A. Kendall seeks to be substituted as counsel of record for said Defendant in place of current counsel of record Kerry A. Mahedy. (R. 33). The Court will construe this filing to be Attorney Kendall's entry of appearance as co-counsel for Defendant.

The Notice was filed pursuant to Rule 83.6(c) of the Joint Local Rules of Civil Practice, as both Attorneys Kendall and Mahedy are within the same firm. In order to effectuate substitution of counsel, Rule 83.6(c) requires that the notice "be filed by the withdrawing attorney and the substitute attorney with an affirmative representation stating that the substitution is made with the client's consent[.]" The notice herein does not contain a statement that the substitution is being made with the client's consent, nor was the notice filed by both the withdrawing attorney and the substitute attorney.

Accordingly, **IT IS ORDERED** that the Notice of Substitution of Counsel (R. 33) is hereby construed as Attorney Gregory Kendall's entry of appearance as co-counsel for Defendant

Frontier Airlines, Inc., and his appearance shall be entered as such on the docket of this matter. The Court also takes notice of Attorney James Kelly Ratliff's entry of appearance, which shall also be entered on the docket.

If Attorney Mahedy wishes to withdraw as counsel, she and Attorney Kendall may file an amended notice of substitution that complies with Joint Local Rule 83.6(c).  In the alternative, Attorney Mahedy may file a motion to withdraw that complies with the requirements of Joint Local Rule 83.6(a) or (b).

Dated this 12th day of October, 2018.

Signed By:
*Candace J. Smith*
United States Magistrate Judge

J:\DATA\Orders\civil cov\2017\17-198 deficiency order re sub notice.docx