# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# NORTHERN DIVISION AT COVINGTON

| | |
|---|---|
| MANUEL LOPEZ, ) | Civil Action No. 2:17-cv-00198-DLB-CJS |
| ) | |
| Plaintiff, ) | Judge David L. Bunning |
| ) | Magistrate Judge Candace J. Smith |
| v. ) | |
| ) | |
| FRONTIER AIRLINES, INC., ) | **AMENDED NOTICE OF** |
| ) | **SUBSTITUTION OF COUNSEL** |
| Defendant. ) | |

Comes now Defendant Frontier Airlines, Inc. and hereby gives notice pursuant to E.D. Ky. L.R. 83.6(c) that Attorney Gregory A. Kendall is hereby substituted as counsel of record in place of Attorney Kerry A. Mahedy in this matter. This substitution is made with the knowledge and consent of Frontier Airlines, Inc. Douglas W. Rennie and James Kelly Ratliff shall continue as attorneys of record for Frontier Airlines, Inc.

                                                Respectfully submitted,

/s/ Kerry A. Mahedy\_\_\_           */s/ Gregory A. Kendall\_\_\_\_*
KERRY A. MAHEDY               DOUGLAS W. RENNIE (57595)
                                          JAMES KELLY RATLIFF (93703)
                                          GREGORY A. KENDALL (96490)
                                          MONTGOMERY, RENNIE & JONSON
                                          36 E. Seventh Street, Suite 2100
                                          Cincinnati, Ohio  45202
                                          (513) 241-4722
                                          (513) 241-8775 (fax)
                                          Email: drennie@mrjlaw.com
                                          kratliff@mrjlaw.com
                                          gkendall@mrjlaw.com
                                          *Counsel for Defendant Frontier Airlines, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

*/s/ Gregory A. Kendall*
Gregory A. Kendall