UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CIVIL ACTION NO. 17-198-CJS

MANUEL LOPEZ                                                          PLAINTIFF

v.                                 **ORDER**

FRONTIER AIRLINES, INC.                                DEFENDANT

\* \* \* \* \* \* \* \* \* \*

This matter is before the Court on the Amended Notice of Substitution of Counsel for Defendant Frontier Airlines, Inc. wherein Attorney Gregory A. Kendall seeks to be substituted as counsel of record for said Defendant in place of Attorney Kerry A. Mahedy. (R. 35). The Amended Notice has been filed by both the withdrawing attorney and substitute attorney and contains an affirmative representation that the substitution is made with the client's consent. Thus, the Amended Notice addresses the deficiencies noted in the Court's previous Order (R. 34).

Accordingly, **IT IS ORDERED** that the substitution of Attorney Gregory A. Kendall for Attorney Kerry A. Mahedy as co-counsel for Defendant Frontier Airlines, Inc. (R. 35) is hereby **approved.** Attorney Kendall's entry of appearance in the case has already been noted of record. Following the Clerk's service of this Order, Attorney Mahedy's notation as counsel of record may be termed on the case docket sheet and her name removed from the case service list.

Dated this 25th day of October, 2018.



Signed By:
*Candace J. Smith*
United States Magistrate Judge

J:\DATA\Orders\civil cov\2017\17-198 substitution order.docx