# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# NORTHERN DIVISION
# AT COVINGTON

| | | |
|---|---|---|
| **MANUEL LOPEZ** | : | **Case No. 2:17-CV-00198-CJS** |
| PLAINTIFF, | : | |
| VS. | : | |
| **FRONTIER AIRLINES, INC.,** | : | |
| DEFENDANT | : | |

## AGREED ORDER AMENDING SCHEDULING ORDER

By agreement of the parties and the Court being in all respects duly and sufficiently advised,

**IT IS HEREBY ORDERED** that the Scheduling Order entered by the Court on April 3, 2018, is hereby amended as follows:

1. Plaintiff's Rule 26(a)(2) liability expert disclosures/reports are due on or before February 15, 2019;

2. Defendant's Rule 26(a)(2) liability expert disclosures/reports are due on or before April 15, 2019;

3. Discovery on liability issues shall be complete on or before June 15, 2019;

4. Status report(s) are due on or before June 15, 2019 (close of discovery);

5. Dispositive motions are due on or before July 15, 2019.

DATE:_____        _____
                              **U.S. DISTRICT COURT JUDGE**

{00256131.DOCX/1}

HAVE SEEN AND AGREE:

| | |
|---|---|
| */s/ Kelly Ratliff* [by FKT per e-mail authority] | */s/ Frank K. Tremper* |
| Douglas W. Rennie | Mark G. Arnzen  (01830) |
| Kelly Ratliff | Frank K. Tremper (94095) |
| Gregory Kendall | Arnzen, Storm & Turner, P.S.C |
| MONTGOMERY, RENNIE & JONSON | 600 Greenup Street |
| 36 East Seventh Street, Suite 2100 | Covington, Kentucky  41011 |
| Cincinnati, Ohio 45202 | Telephone: (859) 431-6100 |
| Email: drennie@mrjlaw.com | Facsimile: (859) 431-3778 |
|     kratliff@mrjlaw.com | marnzen@arnzenlaw.com |
|     gkendall@mrjlaw.com | ftremper@arnzenlaw.com |
| **Attorneys for Defendants** | **Attorneys for Plaintiff** |