# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY
### NORTHERN DIVISION AT COVINGTON

| | |
|---|---|
| MANUEL LOPEZ, ) | Civil Action No. 2:17-cv-00198-CJS |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **NOTICE TO TAKE DEPOSITION OF** |
| ) | **OLIVIA LOPEZ** |
| FRONTIER AIRLINES, INC., ) | |
| ) | |
| Defendant. ) | |

Comes now Defendant Frontier Airlines, Inc., by and through counsel, and pursuant to Fed. R. Civ. P. 30, hereby gives notice that it will take the deposition of Oliva Lopez on Friday, December 7, 2108 at 2:00 p.m.at the law office of Arnzen, Storm & Turner P.S.C., 600 Greenup Street, Covington, Kentucky 41011.

The deposition will be conducted by a duly authorized court reporter.  This deposition is taken for the purpose of discovery and/or use as evidence at the trial of the within action and for all other purposes pursuant to the Federal Rules of Civil Procedure, and shall continue from day to day until completed.

Respectfully submitted,

*/s/ Gregory A. Kendall*
DOUGLAS W. RENNIE (0001148)
J. KELLY RATLIFF (0088479)
GREGORY A. KENDALL (0096490)
MONTGOMERY, RENNIE & JONSON, LPA
36 East Seventh Street, Suite 2100
Cincinnati, Ohio 45202
(513) 241-4722
(513) 241-8775 (fax)
Email: drennie@mrjlaw.com
         kratliff@mrjlaw.com
         gkendall@mrjlaw.com
*Attorneys for Defendant Frontier Airlines, Inc.*

- 2 -

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing was electronically filed with the Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants this 29th day of November, 2018.

                                      */s/ Gregory A. Kendall*
                                      GREGORY A. KENDALL