**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**

| | | |
|---|---|---|
| **MANUEL LOPEZ** | : | Case No. 2:17-CV-00198-CJS |
|     **PLAINTIFF,** | : | |
| **VS.** | : | |
| **FRONTIER AIRLINES, INC.,** | : | |
|     **DEFENDANT** | : | |

### AGREED ORDER AMENDING SCHEDULING ORDER

By agreement of the parties and the Court being in all respects duly and sufficiently advised,

**IT IS HEREBY ORDERED** that the Scheduling Order entered by the Court on April 3, 2018, is hereby amended as follows:

1. Plaintiff's Rule 26(a)(2) liability expert disclosures/reports are due on or before February 15, 2019;

2. Defendant's Rule 26(a)(2) liability expert disclosures/reports are due on or before April 15, 2019;

3. Discovery on liability issues shall be complete on or before June 15, 2019;

4. Status report(s) are due on or before June 15, 2019 (close of discovery);

5. Dispositive motions are due on or before July 15, 2019.

Further extensions of the deadlines will not be looked upon favorably by the Court and must be supported by detailed good cause.

Dated this 3rd day of December, 2018.



Signed By:
*Candace J. Smith*
United States Magistrate Judge

HAVE SEEN AND AGREE:

| | |
|---|---|
| */s/ Kelly Ratliff* [by FKT per e-mail authority] | */s/ Frank K. Tremper* |
| Douglas W. Rennie | Mark G. Arnzen  (01830) |
| Kelly Ratliff | Frank K. Tremper (94095) |
| Gregory Kendall | Arnzen, Storm & Turner, P.S.C |
| MONTGOMERY, RENNIE & JONSON | 600 Greenup Street |
| 36 East Seventh Street, Suite 2100 | Covington, Kentucky  41011 |
| Cincinnati, Ohio 45202 | Telephone: (859) 431-6100 |
| Email: drennie@mrjlaw.com | Facsimile: (859) 431-3778 |
| kratliff@mrjlaw.com | marnzen@arnzenlaw.com |
| gkendall@mrjlaw.com | ftremper@arnzenlaw.com |
| **Attorneys for Defendants** | **Attorneys for Plaintiff** |