UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CIVIL ACTION NO. 17-198-CJS

MANUEL LOPEZ                                                                                      PLAINTIFF

v.                                                    **ORDER**

FRONTIER AIRLINES, INC.                                                                DEFENDANT

\* \* \* \* \* \* \* \* \* \*

Counsel having contacted Chambers regarding a discovery dispute between the parties and having confirmed the parties have attempted to resolve the dispute, but are at an impasse; accordingly,

**IT IS ORDERED** that a Step II Informal Telephonic Discovery Conference shall be held before the undersigned on **Wednesday, December 19, 2018, at 10:30 a.m.**  Counsel shall connect to the conference five minutes before the call is scheduled to begin.  To connect to the call, dial **877-873-8017**.  Then, when prompted to enter the participant access code, enter **7604592**.

Dated this 14th day of December, 2018.



Signed By:
*Candace J. Smith*
United States Magistrate Judge

J:\DATA\Orders\civil cov\2017\17-198 order setting step II call.docx