UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON
Civil Minutes – Telephone Conference

Covington Civil No. **17-198-CJS**

**Lopez v. Frontier Airlines, Inc.**

BEFORE: **HON. CANDACE J. SMITH, MAGISTRATE JUDGE**

No Court Reporter
No Courtroom Deputy

| **ATTORNEY FOR PLAINTIFF:** | **ATTORNEY FOR DEFENDANT:** |
|---|---|
| Frank Tremper | James Kelly Ratliff |

An informal telephone conference was held on December 19, 2018 on the parties' impasse concerning discovery requests propounded by the Plaintiff regarding similar past incidents and certain personnel files. After hearing from counsel for both parties, the Court offered guidance regarding limitations to the discovery requests.

The parties having conferred with the Court, they may now proceed to formal motion practice, should any party find that necessary. However, in order to keep discovery in the case moving, any motions related to the discovery requests regarding past incidents or personnel files must be filed by no later than **Thursday, January 10, 2019**. If the parties are able to reach an agreement regarding the scope of the discovery requests in question and do not find formal motion practice necessary, Defendant has agreed to produce the requested materials by **Friday, January 18, 2019**, unless counsel confer and agree upon a revised date once defense counsel has had an opportunity to speak with his client about how much time, in the exercise of due diligence, will be reasonably necessary to compile the requested information.

TIC: 47 min.
J:\DATA\Orders\civil cov\2017\17-198-CJS Min entry step II.docx