# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# NORTHERN DIVISION
# AT COVINGTON

| | | |
|---|---|---|
| **MANUEL LOPEZ** | : | **Case No. 2:17-CV-00198-CJS** |
| PLAINTIFF, | : | |
| VS. | : | |
| **FRONTIER AIRLINES, INC.,** | : | |
| DEFENDANT | : | |

## AGREED ORDER AMENDING EXPERT DISCLOSURE/REPORT DEADLINES

WHEREAS, the parties engaged in a telephone conference with the Court on December 19, 2018, regarding a discovery dispute related to Defendant's objection to the production of documents related to past incidents and personnel files.

WHEREAS, following the discovery conference, and after consultation with his client, Defendant's counsel indicated to Plaintiff's counsel that it would produce the documents in dispute, but that it would need additional time to do so.

WHEREAS, Plaintiff agreed that Defendant could have up to and including February 18, 2019, to produce the documents.

WHEREAS, Defendant has diligently worked to gather the requested documents, but has indicated to Plaintiff that it needs additional time to complete its production in that regard.

WHEREAS, Plaintiff has agreed that Defendant can have up to and including February 28, 2019, to produce the documents.

{00259952.DOCX/1}

WHEREAS, Plaintiff and Defendant have also been communicating for several weeks regarding scheduling an inspection of the aircraft involved at the jetway in question.

WHEREAS, the scheduling of the inspection has taken time due to the necessity of coordinating the availability of the aircraft, the availability of the jetway, the availability of Plaintiff's expert, and the coordination with third party airport services.

WHEREAS, the parties have tentatively agreed for the inspection to occur on February 26, 2019, and are waiting on confirmation from the necessary parties.

WHEREAS, Plaintiff is unable to complete its expert report until the inspection of the aircraft at the jetway takes place, and it receives the documents Defendant is going to produce on or before February 28, 2019.

WHEREAS, the parties are working diligently through the discovery issues which have arisen, and are doing their best to do so without Court intervention.

WHEREAS, the parties have also engaged in meaningful and promising settlement discussions, which are ongoing.

WHEREAS, the parties desire to extend their deadlines for expert disclosures/reports, but do not wish to extend the discovery deadline or any other deadlines.

NOW, THEREFORE, by agreement of the parties and the Court being in all respects duly and sufficiently advised,

**IT IS HEREBY ORDERED** that the Scheduling Order entered by the Court on December 3, 2018, is hereby amended as follows:

1. Plaintiff's Rule 26(a)(2) liability expert disclosures/reports are due on or before March 30, 2019;

2. Defendant's Rule 26(a)(2) liability expert disclosures/reports are due on or before April 30, 2019.

3. All other deadlines shall remain in place

DATE:_____          _____
                                                    **U.S. DISTRICT COURT JUDGE**

HAVE SEEN AND AGREE:

| | |
|---|---|
| */s/ Kelly Ratliff* [by FKT per e-mail authority] | */s/ Frank K. Tremper*_____ |
| Douglas W. Rennie | Mark G. Arnzen  (01830) |
| Kelly Ratliff | Frank K. Tremper (94095) |
| Gregory Kendall | Arnzen, Storm & Turner, P.S.C |
| MONTGOMERY, RENNIE & JONSON | 600 Greenup Street |
| 36 East Seventh Street, Suite 2100 | Covington, Kentucky  41011 |
| Cincinnati, Ohio 45202 | Telephone: (859) 431-6100 |
| Email: drennie@mrjlaw.com | Facsimile: (859) 431-3778 |
| kratliff@mrjlaw.com | marnzen@arnzenlaw.com |
| gkendall@mrjlaw.com | ftremper@arnzenlaw.com |
| **Attorneys for Defendants** | **Attorneys for Plaintiff** |