# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# NORTHERN DIVISION AT COVINGTON

| | |
|---|---|
| MANUEL LOPEZ, | ) Civil Action No. 2:17-cv-00198-CJS |
| Plaintiff, | ) |
| v. | ) Magistrate Judge Candace J. Smith |
| FRONTIER AIRLINES, INC., | ) **AGREED FINAL ENTRY AND ORDER** |
| | ) **OF DISMISSAL OF ALL CLAIMS WITH** |
| Defendant. | ) **PREJUDICE** |

The parties have notified the Court that all claims in this action have been completely compromised and settled by written agreement. No justiciable controversies remain pending for this Court in this action. Therefore, pursuant to Fed. R. Civ. P. 41(a)(2) and with the consent of the parties, by and through their respective counsel, the Court hereby dismisses this action with prejudice. Each party shall pay its own attorney's fees and expenses and court costs.

DATED: March 29, 2019





Signed By:
Candace J. Smith
United States Magistrate Judge

HAVE AGREED:

| | |
|---|---|
| /s/ Frank K. Tremper* | /s/ James Kelly Ratliff |
| MARK G. ARNZEN (01830) | DOUGLAS W. RENNIE (57595) |
| FRANK K. TREMPER (94095) | JAMES KELLY RATLIFF (93703) |
| Arnzen, Storm & Turner, P.S.C | GREGORY A. KENDALL (96490) |
| 600 Greenup Street | MONTGOMERY, RENNIE & JONSON |
| Covington, Kentucky 41011 | 36 E. Seventh Street, Suite 2100 |
| Telephone: (859) 431-6100 | Cincinnati, Ohio 45202 |
| Facsimile: (859) 431-3778 | (513) 241-4722 |
| marnzen@arnzenlaw.com | (513) 241-8775 (fax) |
| ftremper@arnzenlaw.com | drennie@mrjlaw.com |
| **Attorneys for Plaintiff** | kratliff@mrjlaw.com |
| *Per permission of 3/25/19 | gkendall@mrjlaw.com |
| | **Attorneys for Defendant Frontier Airlines, Inc.** |